ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

vs.

D-1  JOSEPH MARVIN DARBY,

Defendant.

```
JUDGE : Cook, Julian Abele, Jr.
DECK  : Det/AA Judge Crim Deck
DATE  : 05/12/2005 @ 10:20:06
CASE NUMBER : 2:05CR80452
INFO USA VS D1 JOSEPH MARVIN
DARBY (LE) NWI
```

VIO: 18 U.S.C. §2113(b) - Bank Theft (Misdemeanor)

MAGISTRATE JUDGE MONA K. MAJZOUB

## INFORMATION

*THE UNITED STATES ATTORNEY CHARGES*:

### Count 1
### D-1  JOSEPH MARVIN DARBY
### 18 U.S.C. § 2113(b)
### Bank Theft

FILED '05 MAY 12 AD :17

At all times pertinent to this Information, Fifth-Third Bank was a financial institution, as defined by 18 U.S.C. §20, which conducted business in the Eastern District of Michigan.

In or about January 2004, in the Eastern District of Michigan, Southern Division, Joseph Darby, defendant herein, did knowingly, intentionally and unlawfully, take and

carry away money in the care, custody and control of Fifth-Third Bank;

in violation of Title 18, United States Code, Section § 2113(b).

                                      Respectfully submitted,

                                      **STEPHEN J. MURPHY**
                                      United States Attorney

                                        **BLONDELL L. MOREY** P23396
                                        Chief, Economic Crimes Unit

                                        **STANLEY J. JANICE** P25999
                                        Assistant United States Attorney
                                        211 W. Fort, Suite 2001
                                        Detroit, MI 48226
                                        Tel: 313.226.9740

Dated: April 27, 2005

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

Case Number: 05-80452

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Numbers: NUHAN ABELE COOK |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

MAGISTRATE JUDGE MONA K. MAJZOUB

**Case Title:** USA v. Joseph Marvin Darby

**County where offense occurred:** Wayne

**Check One:**  ☐ Felony   ☒ Misdemeanor   ☐ Petty

____ Indictment __X__ /Information __X__ **no** prior complaint.
____ Indictment _____ /Information _____ based upon prior complaint [Case number: _____ ]
____ Indictment _____ /Information _____ based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

May 12, 2005                Stanley J. Janice
Date                        Assistant United States Attorney

                            (313) 226-9740
                            Phone Number

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.    5/1/99